

**FILED**

AUG 0 1 2014

CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| TRACY CRECELIUS, | CIV. 14-5048 |
| Plaintiff, | |
| v. | **NOTICE OF REMOVAL** |
| THE HARTFORD ACCIDENT AND INDEMNITY COMPANY, a foreign corporation, | |
| Defendant. | |

TO: THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH DAKOTA, WESTERN DIVISION; THE CLERK OF THE CIRCUIT COURT, PENNINGTON COUNTY, SOUTH DAKOTA; AND THE PLAINTIFF NAMED ABOVE AND HER ATTORNEYS.

Pursuant to 28 USC §§ 1441 and 1446, Defendant The Hartford Accident and Indemnity Company ("Hartford") removes this action from the Seventh Judicial Circuit Court of Pennington County, South Dakota, in which this action is now pending.  This is a civil action of which the District Court has original jurisdiction under 28 U.S.C. § 1332 and which may be removed by Defendants pursuant to 28 U.S.C. § 1441(a) in that Defendant Hartford is a Connecticut corporation organized and incorporated under the laws of Connecticut with its principal place of business in Hartford, Connecticut.  The

Plaintiff has asserted in responses to Requests for Admissions that the amount in controversy is believed to exceed the sum of $75,000 against Hartford.

Attached to this Notice of Removal is a copy of all processes and pleadings served upon Hartford in this action.  This Notice of Removal is filed within 30 days of receipt by Hartford, through service or otherwise, of a copy of the Responses to Requests for Admission setting forth the amount in controversy upon which this action is based.  Therefore, this Court has jurisdiction to consider this notice pursuant to 28 U.S.C. § 1446, and by filing this Notice of Removal and by service of copies of the same upon counsel for Plaintiff and Clerk of the Court for Pennington County, South Dakota, this action is removed to the above-captioned United States District Court.

DATED:  July 31, 2014.

                                        GUNDERSON, PALMER, NELSON
                                        & ASHMORE, LLP

                                        By_____
                                        Jason M. Smiley
                                        Attorneys for Defendant
                                        P.O. Box 8045
                                        Rapid City, SD  57709-8045
                                        (605) 342-1078

## CERTIFICATE OF SERVICE

I certify that on July 31, 2014, I caused to be sent by U.S. mail, first-class postage prepaid, a true and correct copy of Notice of Removal to:

>Steven C. Beardsley and
>Michael S. Beardsley
>Beardsley, Jensen & Von Wald, Prof. LLC
>P.O. Box 9579
>Rapid City, SD  57709-9579
>
>Pennington County Clerk of Courts
>Civil Division
>P.O. Box 230
>Rapid City, SD  57709-0230
>(Civil No. 14-160)

>>GUNDERSON, PALMER, NELSON
>>& ASHMORE, LLP
>>
>>By_____
>>Jason M. Smiley
>>P.O. Box 8045
>>Rapid City, SD  57709-8045

3