UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| TRACY CRECELIUS, | ) | CIV. 14-5048 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STIPULATION FOR DISMISSAL |
| | ) | WITH PREJUDICE |
| THE HARTFORD ACCIDENT | ) | |
| AND INDEMNITY COMPANY, | ) | |
| a foreign corporation, | ) | |
| | ) | |
| Defendant. | ) | |

It is hereby stipulated and agreed by and between the Plaintiff and the Defendant, by their respective attorneys, that Plaintiff's Complaint may be dismissed on its merits, with prejudice, and without costs or further notice to any party.

5/8/15
Date

BEARDSLEY, JENSEN & VON WALD,
Prof. L.L.C.

By _____
Steven C. Beardsley
Attorneys for Plaintiff
P.O. Box 9579
Rapid City, SD  57709-9579
(605) 721-2800
sbeards@blackhillslaw.com

4-08-15
Date

GUNDERSON, PALMER, NELSON
& ASHMORE, LLP

By _____
Jason M. Smiley
Attorneys for Defendant
P.O. Box 8045
Rapid City, SD  57709-8045
(605) 342-1078
jsmiley@gpnalaw.com

908013 / 01544.0079