UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| TRACY CRECELIUS,<br><br>        Plaintiff,<br><br>vs.<br><br>THE HARTFORD ACCIDENT AND INDEMNITY COMPANY, a foreign corporation,<br><br>        Defendant. | CIV. 14-5048-JLV<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the parties' stipulation for dismissal (Docket 13), it is

ORDERED, ADJUDGED AND DECREED that this action is dismissed on its merits with prejudice and without costs or further notice to any party.

Dated May 15, 2015.

                BY THE COURT:

                /s/ *Jeffrey L. Viken*
                JEFFREY L. VIKEN
                CHIEF JUDGE